IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CINDY ROBERTSON** | : | CIVIL ACTION NO. 1:CV-12-127 |
| Plaintiff | : | (Chief Judge Kane) |
| | : | (Magistrate Judge Carlson) |
| v. | : | |
| | : | |
| **CITADEL BROADCASTING, et al.** | : | |
| **Defendants** | : | |

## O R D E R

Before the court in the captioned action is a January 24, 2012 Report and Recommendation by Magistrate Judge Carlson. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson.

2) Plaintiff's motion for leave to proceed *in forma pauperis* is GRANTED.

3) Plaintiff's complaint is dismissed without prejudice to the plaintiff endeavoring to correct the defects cited in this report, provided that the plaintiff acts within 20 days of any dismissal order.

4) The case is **REMANDED** to Magistrate Judge Carlson.

                                                  s/ Yvette Kane
                                                  YVETTE KANE, Chief Judge
                                                   United States District Court

Dated: February 13, 2012