IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CINDY M. ROBERTSON** | : | CIVIL ACTION NO. 1:CV-12-127 |
| | : | |
| **Plaintiff** | : | **(CHIEF JUDGE KANE)** |
| | : | **(Magistrate Judge Carlson)** |
| v. | : | |
| | : | |
| **CITADEL BROADCASTING, et al.** | : | |
| | : | |
| **Defendants** | : | |

## O R D E R

Before the Court in the captioned action is a March 7, 2012 report of the Magistrate Judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Carlson.

2) The Plaintiff's amended complaint is Dismissed with Prejudice.

3) The Clerk of Court shall close the file.

                                                                              s/ Yvette Kane
                                                                              YVETTE KANE, Chief Judge
                                                                              United States District Court
                                                                              Middle District of Pennsylvania

Dated: March 27, 2012